IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * |
| | Case Number:   7:20-CR-16(HL) |
| ANNAMARIE MICHELLE BARTON, | * |
| Defendant. | * |

O R D E R

Pursuant to an Appearance Bond dated July 7, 2020, Defendant was released on bond following the payment into the registry of the Court of the sum of $1,000.00.  The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $1,000.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to:

Becky Massey

This 3rd day of September, 2021

s/Hugh Lawson
HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT